**United States Bankruptcy Court**
**District of Puerto Rico**

**IN RE:** RIVERA GONZALEZ, JOSE A. & AVILES VEGA, LIZZETTE J.
Debtor(s)

Case No. _____
Chapter **13**

# CHAPTER 13 PAYMENT PLAN

1. The future earnings of the Debtor(s) are submitted to the supervision and control of the Trustee and the Debtor(s) shall make payments to the Trustee ☑ directly ☐ by payroll deductions as hereinafter provided in the PAYMENT PLAN SCHEDULE.
2. The Trustee shall distribute the funds so received as hereinafter provided in the DISBURSEMENT SCHEDULE.

PLAN DATED: **6/12/2008**
☑ PRE ☐ POST-CONFIRMATION

☐ AMENDED PLAN DATED: _____
Filed by: ☐ Debtor ☐ Trustee ☐ Other

## I. PAYMENT PLAN SCHEDULE

$ **455.00** x **21** = $ **9,555.00**
$ **855.00** x **39** = $ **33,345.00**
$ _____ x _____ = $ _____
$ _____ x _____ = $ _____
$ _____ x _____ = $ _____

TOTAL: $ **42,900.00**

Additional Payments:
$ _____ to be paid as a LUMP SUM within _____ with proceeds to come from:

☐ Sale of Property identified as follows:
_____
_____

☐ Other:
_____
_____

Periodic Payments to be made other than, and in addition to the above:
$ _____ x _____ = $ _____

PROPOSED BASE: $ **42,900.00**

## II. DISBURSEMENT SCHEDULE

A. ADEQUATE PROTECTION PAYMENTS OR ____ $ _____
B. SECURED CLAIMS:
☐ Debtor represents no secured claims.
☑ Creditors having secured claims will retain their liens and shall be paid as follows:
1. ☑ Trustee pays secured ARREARS:
Cr. **BANCO POPULAR D** Cr. **BANCO POPULAR D** Cr. **See Attached**
# _____ # _____ # _____
$ **3,270.70** $ **3,433.70** $ _____
2. ☐ Trustee pays IN FULL Secured Claims:
Cr. _____ Cr. _____ Cr. _____
# _____ # _____ # _____
$ _____ $ _____ $ _____
3. ☐ Trustee pays VALUE OF COLLATERAL:
Cr. _____ Cr. _____ Cr. _____
# _____ # _____ # _____
$ _____ $ _____ $ _____
4. ☑ Debtor SURRENDERS COLLATERAL to Lien Holder:
**ASOCIACION EMPLE**
5. ☐ Other: _____
6. ☑ Debtor otherwise maintains regular payments directly to:
**RELIABLE FINANCI**   **FIRST LEASING**   **See Attached**
C. PRIORITIES: The Trustee shall pay priorities in accordance with the law. 11 U.S.C. § 507 and § 1322(a)(2)
D. UNSECURED CLAIMS: Plan ☐ Classifies ☑ Does not Classify Claims.
1. (a) Class A: ☐ Co-debtor Claims / ☐ Other: _____
   ☐ Paid 100% / ☐ Other: _____
Cr. _____ Cr. _____ Cr. _____
# _____ # _____ # _____
$ _____ $ _____ $ _____
2. Unsecured Claims otherwise receive PRO-RATA disbursements.

## III. ATTORNEY'S FEES
(Treated as § 507 Priorities)

Outstanding balance as per Rule 2016(b) Fee Disclosure Statement: $ **2,000.00**

OTHER PROVISIONS: *(Executory contracts; payment of interest to unsecureds, etc.)*
**TRUSTEE PAY ATTORNEY FEES IN FULL BEFORE ANY OTHER CREDITOR.**

Signed: **/s/ JOSE A. RIVERA GONZALEZ**
Debtor

**/s/ LIZZETTE J. AVILES VEGA**
Joint Debtor

Attorney for Debtor **Luis De Flores Gonzalez**   Phone: **(787) 758-3606**

CHAPTER 13 PAYMENT PLAN

IN RE **RIVERA GONZALEZ, JOSE A. & AVILES VEGA, LIZZETTE J.**  Case No. _____
                    Debtor(s)

# CHAPTER 13 PAYMENT PLAN
## Continuation Sheet - Page 1 of 1

|  | Cr | # | $ |
|---|---|---|---|
| **Trustee pays secured ARREARS:** | RELIABLE FINANCIA | 261015456 | 937.00 |
|  | ASOCIACION PROPIE | CM 07-30 | 2,500.00 |
|  | FIRST LEASING | 00012170121724 | 1,620.10 |
| **Debtor Otherwise maintains regular payments directly to:** | BANCO POPULAR DI |  |  |
|  | BANCO POPULAR DI |  |  |
|  | FIRSTBANK |  |  |

© 1993-2008 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only