Monthly Financial Report for Business(D/B/A)

FOR THE PERIOD BEGINNING     7/1/2008           7/31/2008

Name of Debtor     Jose Rivera         Case no:    08-03817-GAC13

Date Filed :    6/13/2008

All items must be answered or if any of the items listed do not apply, answer " none" or N/A

| | CURRENT MONTH | PREVIOUS MONTH |
|---|---|---|
| 1. FUNDS AT BEGINNING OF PERIOD | $ 2,203.58 (a) | $ (b) |
| 2. RECEIPTS : | | |
|     A Cash Sales | $ 26,591.46 | $ |
|       Minus: Cash Refunds | $ | $ |
|       Net Cash Sales | $ - | $ |
|     B Accounts Receivable | $ | $ |
|     C Other Receipts (See Mor-3) | $ | $ |
|       (If you receive rental income | | |
|       you must attach a rent roll) | | |
| 3. TOTAL RECEIPTS | $ 28,795.04 | $ |
| 4. TOTAL FUNDS AVAILABLE FOR OPERATIONS | | |
| E. DISBURSEMENT | | |
|     A Advertising | $ 77.90 | $ |
|     B Bank Charges | $ 264.36 | $ |
|     C Contract Labor | $ - | $ |
|     D Fixed Assets Payments | $ 1443.00 | $ |
|     E Insurance | $ 220.25 | $ |
|     F inventory Payments | $ 14,900.40 | $ |
|     G Leases | $ 0 | $ |
|     H Manufacturing Supplies | $ 0.00 | $ |
|     I Office Supplies | $ 0.00 | $ |
|     J Payroll | $ 5228.99 | $ |
|     K Professional Fees(Accounting & Legal) | $ 0.00 | $ |
|     L Rent | $ 1625.00 | $ |
|     M Repairs and Maintenance | $ 260.65 | $ |
|     N Secured Creditor Payments | $ 0.00 | $ |
|     O Taxes Paid-Payroll | $ 0.00 | $ |
|     P Taxes Paid-Sales & Use | $ 0.00 | $ |
|     Q Taxes Paid-Other | $ 0.00 | $ |
|     R Telephone | $ 288.78 | $ |
|     S Travel & Entertainment | $ 0.00 | $ |
|     Y US Trustee Quarterly Fees | $ 455.00 | $ |
|     U Utilities | $ 2,344.82 | $ |
|     V Vehicle Expenses | $ 713.39 | $ |
|     W Other Operating Expenses | $ 168.66 | $ |
|     6 TOTAL DISBURSEMENTS | $ 27,991.20 | $ |
|     7 ENDING BALANCE | $ 803.84 | $ |

I declare under penalty of perjury that this statement and the accompanying documents and reports are true and correct to the best of my knowledge and belief.

This   20   day of   October   2008

_(Signature)_

(a)This number is carried forward from last month's report. For the the first report only , this number will be the balance as of the petition date.
(b)This figure will not change from month to month. It is always of funds on hand on hand as of the date of the petition.
(C)These two amounts will always be the same if form is completed correctly.